Your Honor,                                              2-24-2008

    I'm currently imprisoned on a charge of Interstate Aid and Travel with my underlying offense being cocaine base or crack cocaine. I have already contacted my attorney Mr. Thomas Thornton of the Federal Public Defender's office concerning my eligibility for a sentence reduction under the new amendment that goes into effect on March 3, 2008. He has informed me that I will be added to a list of potential offenders that will benefit from the change in the amemndment.

    I'm corresponding with Your Honor to see if there is any way that I can file my motion now so that incase I do receive any kind of relief, I will receive the full benefit. I have a little over 17(seventeen) Months until I will be going to a Community Corrections Center and I'm excited about the new me and all the opportunities that I will have upon my release. As I have explained to my attorney, I needed to go through this hardship to realize what is most important in my life. It's sad to say but prison has helped me to get control of myself and if I hadn't came in, I don't think I would've ever changed.

    Since I've been in which will be seven years in May 2008, I've wrote three books and I've continued to write songs which is my true love. I also took classes in Parenting, Non Profit Organizations, Songwriting and Music History. I also teach a Songwriting class and a Scrabble Class. I'm in the process of becoming the instructor for the

History of Hip Hop Class. This time has made me into a man and a better Father to my son. I was always the type of person to put money and wealth before anything else in my life sometimes I put it before my own physical safety. Now I know that family is the most important thing as well as just having my freedom. Working at McDonalds for a beginning is now a perfect option as long as I can go home to my own bed and see my son walk through my front door. I will be waiting to hear back from you Your Honor at your earliest convience.

                                              Sincerely,

ADDRESS:
Michael E. Shipe #10933-067
USP Canaan/Unit B-1
P.O. Box 300
Waymart, PA. 18472

                                          Michael E. Shipe