IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:CR-01-351-01 |
| **v.** | : |
| **MICHAEL SHIPE** | : |

### **O R D E R**

Before the court is a letter from Defendant in which he seeks a reduction of sentence pursuant to 18 U.S.C. § 3542(c)(2).  **IT IS HEREBY ORDERED THAT:**

1) The letter is deemed to be a motion to modify term of imprisonment pursuant to 18 U.S.C. § 3582(c)(2).

2) The Federal Public Defender's Office, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone number (717) 782-2237, is appointed to represent the defendant for the purpose of addressing the crack cocaine amendment pursuant to 18 U.S.C. §3582(c)(2) as it relates to Defendant's case.

　　　　　　　　　　　　　　　　　　　　s/Sylvia H. Rambo
　　　　　　　　　　　　　　　　　　　　SYLVIA H. RAMBO
　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: April 24, 2008.