IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:01-CR-00351 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| MICHAEL EUGENE SHIPE | : | (Electronically Filed) |
| | : | |

**CERTIFICATE OF CONCURRENCE**

I, Thomas A. Thornton, the Federal Public Defender's Office, do hereby certify that Assistant United States Attorney William A. Behe concurs on behalf of the government in the foregoing Motion to Withdraw as Counsel in Proceedings Related to Crack Cocaine Amendment.

Date: May 5, 2008                   */s/ Thomas A. Thornton, Esquire*
                                    THOMAS A. THORNTON, ESQUIRE
                                    Federal Public Defender
                                    Attorney ID #PA44208
                                    100 Chestnut Street, Suite 306
                                    Harrisburg, PA 17101
                                    Tel. No. (717) 782-2237
                                    Fax No. (717) 782-3881
                                    <thomas_thornton@fd.org>
                                    *Attorney for Michael Eugene Shipe*