AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the

### Middle  District of Pennsylvania

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| MICHAEL EUGENE SHIPE | ) Case No:  1:CR-01-351 |
| | ) USM No: 10933-067 |
| Date of Previous Judgment:  October 2, 2002 | ) Pro Se |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

    X  DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level: _____ | Amended Offense Level: | _____ |
| Criminal History Category: _____ | Criminal History Category: | _____ |
| Previous Guideline Range: _____ to _____ months | Amended Guideline Range: | _____ to _____ months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**FILED**
HARRISBURG, PA

**MAY 1 2 2008**

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## III. ADDITIONAL COMMENTS

Under the amended crack cocaine guideline, the defendant's imprisonment range would yield a sentence of 140-175 months.  The defendant received a sentence of 120 months.  The guideline amendment does not help the defendant.

All provisions of the judgment dated _____  10/2/2002____ shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  May 12, 2008 _____

_____
Judge's signature

Effective Date: _____
(if different from order date)

___Sylvia H. Rambo, United States District Judge___
Printed name and title